UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICE,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE, INC, ET AL.,<br><br>        Defendants. | No.  2:13-cv-00661 JAM-DAD<br><br>**ORDER TO SHOW CAUSE IN RE CONTEMPT** |

    On August 19, 2013, Plaintiff's Counsel Dane A. Besneatte was ordered to show cause for failing to oppose Defendant MERS's Motion to Dismiss and for failing to respond to the Court's order (Doc. #11) or pay sanctions in the amount of $500 to the Clerk of Court by August 29, 2013 (Doc. #14).  Mr. Besneatte has failed to comply with the Court's order.  Accordingly, Mr. Besneatte is ordered to appear before this Court on Wednesday, September 18, 2013, at 9:30 a.m. in Courtroom #6, to show cause for why he should not be held in contempt for failing to comply with the Court's order dated August 19, 2013.  In addition to electronically filing this Order, the Court of Clerk is directed to serve Mr. Besneatte a copy of this Order through the U.S. Postal Service.

    IT IS SO ORDERED.

Dated:  September 3, 2013

                                                      /s/ John A. Mendez_____

                                                      United States District Court Judge