WRIGHT, FINLAY & ZAK, LLP
T. Robert Finlay, Esq., SBN 167280
Ronald M. Arlas, Esq., SBN 59091
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 477-9200

WRIGHT, FINLAY & ZAK, LLP
Ronald M. Arlas, Esq. SBN 59091
907 Sir Francis Drake Blvd.
Kentfield, Ca. 94904
Tel: 415/230-4350; Fax: 415/455-0370
rarlas@wrightlegal.net

Attorneys for Defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RICE,<br>　　　　Plaintiff<br>　　vs.<br>AMERICAN HOME MORTGAGE, INC. (AHMI) et al., ,<br>　　　　Defendants | Case No. 2:13-cv-00661-JAM-DAD<br><br>ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT FILED BY DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Courtroom:　　　6<br>Before Hon. John A. Mendez |

　　　The Motion To Dismiss the complaint filed by plaintiff SCOTT RICE brought by defendant MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") was set to be heard by this Court on July 10, 2013 at 9:30 a.m.  However, the Motion to Dismiss was ordered submitted without appearance and without argument pursuant to Local Rule 230 on July 2, 2013.  Thereafter,

on July 2, 2013, this Court issued a Minute Order sustaining the Motion to Dismiss brought by MERS and dismissed the complaint against MERS with prejudice.  See Doc. #11.

Dated: 9/16/2013

/s/ John A. Mendez
U. S.  DISTRICT COURT JUDGE